UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No.: 11-CR-20748

v.        HON. GEORGE CARAM STEEH

LEWIS KEVIN BELL,

        Defendant.
_____/

ORDER DENYING DEFENDANT'S MOTION FOR NEW TRIAL (#49)

On January 3, 2013, defendant Lewis Kevin Bell, acting *pro se*, filed a motion for new trial (#49). However, defendant is represented in this action by counsel. It appears defendant is attempting to proceed in a "hybrid" fashion, both through counsel and *pro se* by way of his submission. See McKaskle v. Wiggins, 465 U.S. 168, 183 (1984). Although the Sixth Amendment guarantees a defendant the right to conduct his own defense by representing himself, the right as defined by the Supreme Court "does not require a trial judge to permit 'hybrid' representation." Id.; see also United States v. Mosely, 810 F.2d 93, 97-98 (6th Cir. 1987) (finding district court did not abuse its discretion is disallowing hybrid representation). This court, in the exercise of its discretion, will not allow defendant to proceed in a hybrid manner. Defendant's *pro se* motion is therefore denied and defendant is instructed to proceed through counsel in seeking any relief unless he elects to exercise his right to proceed without counsel.

-1-

The court also notes that the motion is untimely under Federal Rule of Criminal Procedure 33(b)(2).

IT IS SO ORDERED.

Dated: January 15, 2013

                                                              s/George Caram Steeh
                                                              GEORGE CARAM STEEH
                                                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 15, 2013, by electronic and/or ordinary mail and on Kevin Lewis Bell, #46493-039, Federal Correctional Institution, P. O. Box 1000, Milan, MI 48160.

s/Barbara Radke
Deputy Clerk

---